FLEMING CEMENT & BRICK CO. v. UNITED STATES.

(Circuit Court, S. D. New York. December 9, 1897.)

No. 2,320.

CUSTOMS DUTIES—CLASSIFICATION—BRICK.

> Magnesic brick, which are not fire brick, were dutiable as brick, under paragraph 76 of the act of 1894, and not as "magnesic fire brick," under paragraph 77.

This was an appeal by the Fleming Cement & Brick Company from a decision of the board of general appraisers in regard to the classification for duty of certain brick imported by them.

Stephen G. Clarke, for appellant.
Henry C. Platt, Asst. U. S. Atty.

WHEELER, District Judge. The tariff act of 1894 provides for a duty on "(77) magnesic fire brick." These are magnesic brick, but are not fire brick, and so are not magnesic fire brick, and are not assessable according to the protest under this paragraph. Decision affirmed.